Kellie P. Asaka, Omaha, NE, for Defendant–Appellant.

Sergio Martinez–Soto, Earlimart, CA, pro se.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Sergio Martinez–Soto pleaded guilty to conspiracy to distribute and possess with intent to distribute methamphetamine mixture, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1) and 846; possession of a firearm during the commission of a drug-trafficking crime, in violation of 18 U.S.C. § 924(c); and a criminal forfeiture count. The district court* imposed consecutive prison terms of 120 months on the drug-conspiracy charge and 60 months on the gun charge, two concurrent terms of 5 years of supervised release, and a forfeiture of $14,100. On appeal, Martinez–Soto's counsel has moved to withdraw and filed a brief under *Anders v. California,*

* The Honorable Laurie Smith Camp, United States District Judge for the District of Ne-

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

To the extent the *Anders* brief can be read to challenge the imposition of the statutory mandatory minimum sentences, the argument fails. *See United States v. Chacon,* 330 F.3d 1065, 1066 (8th Cir.2003) (only authority for district court to depart from statutory minimum sentence is found in 18 U.S.C. § 3553(e) and (f), which apply only when government makes motion for substantial assistance or defendant qualifies for safety-valve relief); *United States v. Mendoza,* 876 F.2d 639, 641 (8th Cir. 1989) (mandatory minimum sentencing does not violate defendant's constitutional rights). Having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), for any non-frivolous issues, we find none. Thus, we affirm the district court's judgment, and we also grant counsel's motion to withdraw.

**Carlos GUTIERREZ, Petitioner—
Appellant,**

v.

**UNITED STATES of America,
Respondent—Appellee.**

No. 05–2957.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 18, 2006.

Filed: April 24, 2006.

braska.

Carlos Gutierrez, Adelanto, CA, pro se.

Keith M. Ellison, Minneapolis, MN, for Petitioner—Appellant.

Nathan P. Petterson, Allison Elizabeth Vander Vort, U.S. Attorney's Office, Minneapolis, MN, for Respondent—Appellee.

Before MURPHY, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Carlos Gutierrez was convicted after a jury trial of four drug offenses and was sentenced to 360 months. His convictions and sentence were affirmed on direct appeal. *See United States v. Gutierrez,* 367 F.3d 733 (8th Cir.2004). Subsequent to his sentencing the United States Supreme Court decided *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and by this motion under 28 U.S.C. § 2255 Gutierrez seeks their application to his sentence. The district court[1] denied relief but granted a certificate of appealability. Since *Blakely* and *Booker* do not apply retroactively, Gutierrez is not entitled to the ruling he seeks. *See Never Misses A Shot v. United States,* 413 F.3d 781 (8th Cir.2005) (per curiam). Accordingly, we affirm the judgement of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.